UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY LASHAWN FORTNER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY JAIL,<br><br>　　　　Defendant. | Case No. 25-cv-02615-HSG<br><br>**ORDER OF DISMISSAL** |

Plaintiff has filed a *pro se* action pursuant to 42 U.S.C. § 1983.  On May 5, 2025, the Court dismissed the complaint for failure to state a claim, and granted Plaintiff leave to file a first amended complaint that addressed the identified deficiencies.  Dkt. No. 25.  Plaintiff filed a first amended complaint, which the Court dismissed for failure to state a claim on May 19, 2025.  Dkt. No. 28.  The Court ordered Plaintiff to file an second amended complaint by June 16, 2025, or face dismissal of this action.  *Id.*  The deadline has passed, and Plaintiff has not filed a second amended complaint.  Accordingly, the Court DISMISSES this action for failure to state a claim.  The dismissal is without prejudice to filing a motion to reopen, accompanied by a proposed second amended complaint that addresses the deficiencies identified in the Court's May 19, 2025 Order, and explaining why Plaintiff failed to timely file a second amended complaint.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: 7/14/2025

　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge