UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY LASHAWN FORTNER,<br>　　　　Plaintiff,<br>　　v.<br>LAKE COUNTY JAIL,<br>　　　　Defendant. | Case No. 25-cv-02615-HSG<br><br>**JUDGMENT** |

　　For the reasons set forth in the Order of Dismissal, the Court DISMISSES this action without prejudice.  Judgment is entered in favor of Defendant and against Plaintiff.  The Clerk is directed to close the file.

　　**IT IS SO ORDERED AND ADJUDGED**

Dated:　7/14/2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge